| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) Katz, David A. | 2. Court or Organization U.S.D.C. Northern Ohio | 3. Date of Report 05/09/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior District Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address 307 U. S. Courthouse 1716 SpielBusch Avenue Toledo, OH 43604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Vice President & Trustee | David S. Stone Foundation |
| 2. Member | National Council of Ohio State University College of Law |
| 3. Trustee Emeritus | Mercy Health System - Northern Region |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

**Katz, David A.**

| Name of Person Reporting | Date of Report |
|---|---|
| Katz, David A. | 05/09/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | U. S. Russia Foundation | 7/11/10 - 717/10 | Russia | Panel Member | Transportation, lodging, meals |
| 2. | American Conference Institute | 9/29/10 - 9/30/10 | New York, NY | Panel Member | Transportation, lodging, meals |
| 3. | Geroge Mason University Foundation | 10/7/10 - 10/10/10 | Arlington, VA | Rule of Law Seminar | Transportation, lodging, meals |
| 4. | American Conrference Institute | 12/8/10 - 12/9/10 | New York, NY | Panel Member | Transportation, lodging, meals |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katz, David A. | 05/09/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Katz, David A. | 05/09/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Lepercq Corp Inc fomerly Pacific Place Ltd | B | Dividend | K | W | | | | | |
| 2. | Citigroup Inc. | A | Dividend | | | Sold | 08/18/10 | J | | |
| 3. | Fifth Third Banksafe (4) | A | Interest | K | T | | | | | |
| 4. | Express Scripts Inc. | | None | | | Sold | 10/05/10 | J | C | |
| 5. | UMB Scout Worldwide Fund | A | Dividend | J | T | | | | | |
| 6. | Vanguard Total Skt Mkt-Vipers | A | Dividend | | | Sold | 08/18/10 | J | A | |
| 7. | IRA, composed of security investment fund Fifth Third | E | Dividend | O | T | | | | | |
| 8. | Vanguard Long-Term Bond | B | Dividend | | | Redeemed | 03/31/10 | K | A | |
| 9. | Earthlink, Inc. | | None | J | T | | | | | |
| 10. | Quantum CP | | None | | | Sold | 08/18/10 | J | A | |
| 11. | Web.Com Group | | None | J | T | | | | | |
| 12. | American Growth Fund | D | Dividend | L | T | | | | | |
| 13. | Federated Strategic Value Team | D | Dividend | M | T | | | | | |
| 14. | Touchstone Mid Cap Growth | C | Dividend | K | T | | | | | |
| 15. | Vanguard Short-Term Inv | | None | | | Redeemed | 06/29/10 | J | A | |
| 16. | Oppenheimer Div. MKT | B | Dividend | L | T | | | | | |
| 17. | | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I do not decide individuial investments in the entities listed in Part I on which boards I serve.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **David A. Katz**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544